ERMA L. KNARR, as Administratrix of the Estate of CHARLES E. KNARR, Deceased, Appellant, v. STATE OF NEW YORK, Respondent.— Judgment affirmed, without costs of this appeal to either party, on the sole ground that claimant failed to establish any actionable negligence on the part of the State. All concur. (Appeal from a judgment of the Court of Claims dismissing a claim

against the State for damages for the death of claimant's intestate alleged to have resulted by reason of negligent condition of State highway.) Present— McCurn, P. J., Vaughan, Kimball, Piper and Van Duser, JJ.